UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:07-00238 |
| | ) | JUDGE CAMPBELL |
| LaSEAN CAMPBELL | ) | |

ORDER

Pending before the Court is a Motion for Early Termination of Supervised Release Pursuant to 18 U.S.C. § 3583 (Docket No. 91-5). By September 19, 2014, the Government is directed to file a response to the Motion.

IT IS SO ORDERED.

                                                                      TODD J. CAMPBELL
                                                            UNITED STATES DISTRICT JUDGE