UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:07-00238 |
| | ) | JUDGE CAMPBELL |
| LaSEAN CAMPBELL | ) | |

ORDER

Pending before the Court is a Motion for Substitution of Counsel (Docket No. 97). The Motion is GRANTED.

IT IS SO ORDERED.

TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE